Printed: 06/14/11 10:45 AM

# Claims Distribution Small Checks

Page: 1

Case: 09-31649 - TEELIN, THOMAS E., JR.

Trustee: William J. Leberman (520180)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920002241777766 | 121 | 06/14/11 | 6 | 08/20/09 | 610 | U.S. Bankruptcy Court<br>Time Warner Cable<br>Division Office<br>120 Plaza Dr., Suite D<br>Vestal, NY 13850 | 23.18 | 23.18 | 3.03 | 3.03 |

Check Amount: $3.03

FILED
2011 JUN 15 AM 11:25
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
SYRACUSE

(*) Denotes objection to Amount Filed