Printed: 09/15/11 01:31 PM							Page: 1

**Stale Check Report**

Trustee: William J. Leberman (520180)
Case:    09-31649 - TEELIN, THOMAS E., JR.

| Account No. | Check No. | Issued | Payee | | | Check Amount | Cancelled Payment |
|---|---|---|---|---|---|---|---|
| 9200-02241777-66 | 122 | 09/15/11 | Clerk, U.S. Bankruptcy Court | | | $53.77 | |
| Cancelled Account No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date |
| 9200-02241777-66 8 | 108 | 08/24/09 | 610 | Jupiterimages 6000 N. Forest Park Drive Peoria, IL 61614 | 411.04 | 411.04 | 53.77 |

RECEIVED SEP 19 2011 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE, NY

FILED 2011 SEP 19 PM 12:16 CLERK OF THE BANKRUPTCY COURT N.D. OF NY SYRACUSE

PAID 9/19/11 IF 53.77

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.